# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony L. Mann, ) | |
|       Plaintiff, ) | |
| vs. ) | Civil Action No. 0:14-3474 |
| Sgt. M. Scott, et al., ) | |
|       Defendants. ) | **ORDER** |

This matter comes before the Court on an appeal from an order of the Magistrate Judge on a on a discovery related matter in a case referred to the Magistrate Judge for pre-trial handling. (Dkt. No. 49). The appeal concerns the denial of two motions to compel filed by the Plaintiff regarding the refusal of Defendants to respond to discovery requests which were untimely under the Court's Scheduling Order. (Dkt. Nos. 21, 33, 35, 40).

It is well settled that the District Court will not reverse orders of Magistrate Judges on non-dispositive matters unless it can be shown that the rulings are "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). The Court has reviewed the motions to compel of Plaintiff and the Plaintiff's Appeal (Dkt. Nos. 21, 33, 49), as well as Defendant's response in opposition to the Appeal (Dkt. No. 53), and has concluded that the Plaintiff has failed to carry his burden of demonstrating that the Magistrate Judge's order (Dkt. No. 40) is clearly erroneous or contrary to law. Therefore, the order of the Magistrate Judge (Dkt. No. 40) is AFFIRMED.

AND IT IS SO ORDERED.

0:14-cv-03474-RMG     Date Filed 05/04/15     Entry Number 54     Page 2 of 2

-2-

_____
Richard Mark Gergel
United States District Judge

May 4, 2015
Charleston, South Carolina